# Exhibit 1

6/25/24, 3:10 PM
A guide to road safety and transportation terms and definitions
Case 3:24-cv-03997-RS   Document 15-2   Filed 07/23/24   Page 2 of 5



The intersection of 23rd Street and Harrison Street. More bike and pedestrian improvements are planned. Credit: Amir Aziz

ROAD SAFETY

# Curb your confusion: The Oaklandside's list of traffic and road safety terms and definitions

Fixing dangerous roads involves lots of engineering and infrastructure lingo. Here's a guide to understanding it.

 by **Jose Fermoso**
Nov. 30, 2023, 9:39 a.m.

Oakland residents have consistently told us that dangerous roads, traffic collisions, and crumbling infrastructure top concerns they want the city to fix. That's why we've made **road safety and transit** one of The Oaklandside reporting beats.

A big part of this work is explaining technical terms to readers, unpacking engineering concepts and road construction methods, and describing various pieces of infrastructure that are built onto roads and paths. As with any complex field of work, transportation policy and engineering can be dominated by jargon and obscure terms.

In the course of my reporting, I've repeatedly had to explain these terms and concepts because the city, county, and state agencies often aren't communicating clearly with the average person. Instead, our government agencies all too often publish technically obtuse and difficult-to-read maps, use legal language in presentations, stick to acronyms, and keep conversations at an expert level.

This is why we decided to create a glossary for roads, transportation, and transit. This list contains definitions for engineering concepts, describes the infrastructure you might see on a road, and identifies the multiple local and state government agencies that build and repair our roads.

We hope this is a useful reference for anyone trying to learn more about streets, transportation, transit, and local government.

This is a big list, but it's not comprehensive. We plan on updating it over time as we do more reporting and learn about new stuff. If you know of something missing, or you think we could explain or define something more clearly, please let us know by emailing me at jose@oaklandside.org.

## Index

- **85th percentile speed**
- **Alameda County Transportation Commission**
- **Alignment**
- **Arterial road**
- **Bicycle lane**
- **Bicyclist and Pedestrian Advisory Commission**
- **Bike box**
- **Botts dotts**
- **Bollards**
- **Buffered bicycle lane**
- **Bulb-out**
- **Bus Rapid Transit**
- **Caltrans**
- **Center hardline**
- **Collector road**
- **Collision**

- **Corridor**
- **Crosswalk**
- **Cul-de-sac**
- **Curb ramp**
- **Daylighting**
- **Diverter**
- **Dutch reach**
- **Easement**
- **E-bike**
- **Intersection crossing markings**
- **K-rails or Jersey barriers**
- **Local road**
- **Median island**
- **Metropolitan Transportation Commission**
- **OakDOT**
- **Pedestrian rapid flashing beacons**
- **Protected bicycle lanes**
- **Raised crosswalks**
- **Red-light running**
- **Road diet**
- **Roundabouts or traffic circles**
- **School zones**
- **Shared use paths**
- **Sharrows, or shared lane markings**
- **Sideshows**
- **Slip lane**
- **Slow Streets**
- **Speeding**
- **Speed bumps, humps, and tables**
- **Traffic survey**
- **Wayfinding**

# Sideshows



The intersection of 106th Avenue and MacArthur Boulevard was ranked second for the number of sideshows that happened there among all city intersections in 2022. Credit: Florence Middleton

A controversial event where drivers take over city intersections with their cars as they skid in circles while performing stunts. **Sideshows** can last seconds or hours at a time, and they can be performed by a single individual without a crowd or by multiple people with hundreds of onlookers rallying them on. Some people have defended sideshows as an **important outlet for youthful rebellion** while others have noted that they often, especially in recent years, are accompanied by gun violence and rowdy behavior.