DAVID LOY, Cal. Bar No. 229235
ANN CAPPETTA, Cal. Bar No. 354079
FIRST AMENDMENT COALITION
534 4th Street, Suite B
San Rafael, CA 94901-3334
Telephone:  415.460.5060
Email        dloy@firstamendmentcoalition.org
                 acappetta@firstamendmentcoalition.org

Attorneys for Plaintiff JOSE ANTONIO GARCIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| JOSE ANTONIO GARCIA,<br><br>　　　　　Plaintiff,<br><br>　　　v.<br><br>COUNTY OF ALAMEDA and YESENIA L. SANCHEZ, Sheriff of Alameda County, in her official capacity,<br><br>　　　　　Defendants. | Case No. 3:24-cv-03997-RS<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION**<br><br>Date:　September 5, 2024<br>Time:　1:30 p.m.<br>Judge: Honorable Richard Seeborg<br>Ctrm:　Courtroom 3 – 17th Floor |

On August 29, 2024, Plaintiff's Motion for Preliminary Injunction came on for hearing in the above-captioned action. For the reasons stated in said motion and its supporting materials, and good cause appearing therefor:

IT IS HEREBY ORDERED that pending final judgment in this action, Defendants and their officers, agents, servants, employees, attorneys, and anyone in active concert or participation with any of the foregoing persons are enjoined and prohibited from enforcing Alameda County Ordinance No. 2023-31 against Plaintiff, including but not limited to citing, detaining, arresting, or seeking prosecution of Plaintiff, for observing, recording, or reporting on sideshows or related preparations in his capacity as a reporter.

Dated: _____

_____
The Honorable Richard Seeborg