DAVID LOY, Cal. Bar No. 229235
ANN CAPPETTA, Cal. Bar No. 354079
FIRST AMENDMENT COALITION
534 4th Street, Suite B
San Rafael, CA 94901-3334
Telephone:  415.460.5060
Email         dloy@firstamendmentcoalition.org
                    acappetta@firstamendmentcoalition.org

Attorneys for Plaintiff JOSE ANTONIO GARCIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| JOSE ANTONIO GARCIA,<br><br>    Plaintiff,<br><br>    v.<br><br>COUNTY OF ALAMEDA and YESENIA L. SANCHEZ, Sheriff of Alameda County, in her official capacity,<br><br>    Defendants. | Case No. 3:24-cv-03997-RS<br><br>**CERTIFICATE OF SERVICE** |

PROOF OF SERVICE

<u>STATE OF CALIFORNIA, COUNTY OF MARIN</u>

At the time of service, I was over 18 years of age and **not a party to this action**. I am employed in the County of Marin, State of California. My business address is 534 4th Street, Suite B, San Rafael, CA 94901-3334.

On July 23, 2024, I served true copies of the following document(s) described as

**PLAINTIFF'S NOTICE OF MOTION AND MOTION FOR PRELIMINARY INJUNCTION**

**DECLARATION OF JOSE ANTONIO GARCIA IN SUPPORT OF PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION**

**DECLARATION OF ANN CAPPETTA IN SUPPORT OF PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION**

**[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION**

on the interested parties in this action as follows:

County of Alameda
c/o County Administrator
1221 Oak Street, Room 536
Oakland, CA 94612

Yesenia Sanchez, Sheriff of Alameda County,
in her official capacity
c/o County Administrator
1221 Oak Street, Room 536
Oakland, CA 94612

**BY MAIL:** I cause the above document(s) to be enclosed in a sealed envelope or package addressed to the persons at the addresses listed in the Service List and placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with the firm's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on July 23, 2024, at East Palo Alto, California.

_____
Robin P. Regnier