MATTHEW D. ZINN (State Bar No. 214587)
AARON M. STANTON (State Bar No. 312530)
SHUTE, MIHALY & WEINBERGER LLP
396 Hayes Street
San Francisco, California 94102
Telephone: (415) 552-7272
Facsimile:   (415) 552-5816
Zinn@smwlaw.com
Stanton@smwlaw.com

Attorneys for Defendants
County of Alameda and Yesenia Sanchez

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| JOSE ANTONIO GARCIA,<br><br>        Plaintiff,<br><br>     v.<br><br>COUNTY OF ALAMEDA and YESENIA SANCHEZ, Sheriff of Alameda County, in her official capacity,<br><br>        Defendants. | Case No. 3:24-cv-3997-RS<br><br>**STIPULATION AND ORDER CONTINUING DEADLINE FOR DEFENDANTS' RESPONSIVE PLEADING AND CASE MANAGEMENT CONFERENCE**<br><br>The Hon. Richard Seeborg<br><br>Trial Date:     None Set |

1    Pursuant to Civil Local Rule 6-2, and as stated in the attached Declaration of

2 Matthew D. Zinn, the parties to this action, by their respective counsel of record,

3 hereby stipulate as follows:

4    WHEREAS, Plaintiff filed this action on July 2, 2024, and served Defendants

5 with the Summons and Complaint on Jully 11, 2024;

6    WHEREAS, Plaintiffs filed a Motion for Preliminary Injunction ("PI Motion")

7 on July 23, 2024 (Doc. No. 15);

8    WHEREAS, the parties agreed to extend the time for Defendants' responsive

9 pleading because the Court's order on the PI Motion would inform Defendants'

10 decision whether to answer the Complaint or move to dismiss and could avoid the

11 need for such a motion (Doc. No. 18);

12    WHEREAS, on August 1, 2024, the Court granted the parties' stipulated

13 request to allow Defendants to file their response to the complaint within 30 days

14 after the Court rules on the PI Motion (Doc. No. 19);

15    WHEREAS, the Court thereafter continued the Case Management

16 Conference to December 12, 2024 (Doc. No. 21), and then to January 9, 2025 (Doc.

17 No. 24);

18    WHEREAS, the Court issued an Order Denying Motion for Preliminary

19 Injunction ("PI Order") on October 11, 2024, concluding that Plaintiff "is unlikely to

20 succeed on the merits of his claim" (Doc. No. 26 at 12);

21    WHEREAS, based on the date of the PI Order, Defendants' responsive

22 pleading is currently due on November 12, 2024;

23    WHEREAS, Plaintiff is considering whether to amend the complaint or take

24 an appeal from the PI Order, and the deadline for filing such an appeal is

25 November 12, 2024;

26    WHEREAS, Defendants contend that the Court's reasoning in the PI Order

27 effectively disposes of Plaintiff's claims in this action, and Defendants therefore

28 expect to file a motion to dismiss;

STIPULATION AND ORDER CONTINUING DEADLINES Case No.
3:24-cv-3997-RS

1   WHEREAS, insofar as Plaintiff's decision whether to amend or appeal may
2   determine whether a motion to dismiss is necessary, and because Defendants wish
3   to avoid the expense of such a motion, the parties agree it will conserve the
4   resources of the parties and the Court to extend Defendants' deadline for filing a
5   motion; and

6   WHEREAS, the parties agree that the need for a Case Management
7   Conference may be obviated by the parties' decisions about an amendment, appeal,
8   and motion to dismiss, and they therefore propose to continue the Case
9   Management Conference and related deadlines;

10   NOW, THEREFORE, the parties hereby stipulate and request that the Court
11   order that:

12   1.   The time for Defendants to file a responsive pleading is extended by 30
13   days to December 12, 2024.

14   2.   The Case Management Conference is continued approximately 60 days
15   to March 13, 2025.

16   3.   All deadlines related to the Case Management Conference are
17   continued accordingly.

18   I hereby attest that all other signatories listed, and on whose behalf this
19   stipulation is submitted, concur in this stipulation's content and have authorized
20   its filing.

21

22   DATED:  October 31, 2024          SHUTE, MIHALY & WEINBERGER LLP

23

24                                     By:   /s/Matthew D. Zinn
25                                           MATTHEW D. ZINN
                                             AARON M. STANTON
26
27                                           Attorneys for Defendants
                                             County of Alameda and Yesenia Sanchez
28

3

1

2
DATED:  October 31, 2024          FIRST AMENDMENT COALITION

3

4
                                   By:     /s/David Loy
5                                          DAVID LOY
                                           ANN CAPPETTA
6

7                                          Attorneys for Plaintiff
                                           Jose Antonio Garcia
8

9

10                                      **ORDER**

11          PURSUANT TO STIPULATION, IT IS SO ORDERED.

12

13      DATED:   October 31      , 2024

14

15

16      _____
        The Hon. Richard Seeborg
17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND ORDER CONTINUING DEADLINES Case No.
3:24-cv-3997-RS