DAVID LOY, Cal. Bar No. 229235
ANN CAPPETTA, Cal. Bar No. 354079
FIRST AMENDMENT COALITION
534 4th Street, Suite B, San Rafael, CA 94901-3334
Telephone: 415.460.5060
Email: dloy@firstamendmentcoalition.org;
acappetta@firstamendmentcoalition.org

Attorneys for Plaintiff JOSE ANTONIO GARCIA

MATTHEW D. ZINN (State Bar No. 214587)
AARON M. STANTON (State Bar No. 312530)
SHUTE, MIHALY & WEINBERGER LLP
396 Hayes Street, San Francisco, California 94102
Telephone: 415.552.7272
Facsimile: 415.552.5816
Email: Zinn@smwlaw.com
Stanton@smwlaw.com

Attorneys for Defendants COUNTY OF ALAMEDA
and YESENIA SANCHEZ

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| JOSE ANTONIO GARCIA, | Case No. 3:24-cv-03997-RS |
| Plaintiff, | **STIPULATION AND ORDER FOR STAY PENDING APPEAL** |
| v. | |
| COUNTY OF ALAMEDA, and YESENIA SANCHEZ, Sheriff of Alameda County, in her official capacity, | CMC Date: March 13, 2025 |
| Defendants. | |

| | |
|---|---|
| 1 | Pursuant to Local Rule 7-12, the parties hereby stipulate to, and respectfully request, an |
| 2 | order staying this action pending resolution of the Plaintiff's appeal to the United States Court of |
| 3 | Appeals for the Ninth Circuit of the Order Denying Plaintiff's Motion for Preliminary Injunction. |
| 4 | Order Den. Pl.'s Mot. Prelim. Inj., ECF No. 26. |
| 5 | WHEREAS, on July 2, 2024, Plaintiff filed a complaint in this matter, challenging County |
| 6 | of Alameda's Ordinance No. 2023-31 ("Ordinance"); |
| 7 | WHEREAS, on July 23, 2024, Plaintiff filed a motion for preliminary injunction, asking |
| 8 | this Court to enjoin the enforcement of the Ordinance against Plaintiff during the pendency of this |
| 9 | action; |
| 10 | WHEREAS, this Court denied Plaintiff's motion for preliminary injunction on October 11, |
| 11 | 2024; |
| 12 | WHEREAS, Plaintiff timely appealed this Court's denial of his motion for preliminary |
| 13 | injunction to the United States Court of Appeals for the Ninth Circuit on November 7, 2024; |
| 14 | WHEREAS, although generally "an appeal from an interlocutory order does not divest the |
| 15 | trial court of jurisdiction to continue with other phases of the case," *Plotkin v. Pacific Tel. & Tel.* |
| 16 | *Co.*, 688 F.2d 1291, 1293 (9th Cir. 1982), this Court retains inherent discretion to issue a stay of |
| 17 | proceedings in the interest of judicial economy and conserving the parties' resources. *Landis v. N.* |
| 18 | *Am. Co.*, 299 U.S. 248, 254 (1936); *Lockyer v. Mirant Corp.*, 398 F.3d 1098, 1109 (9th Cir. 2005). |
| 19 | WHEREAS, no party will be harmed by the issuance of a stay and the Court and all parties |
| 20 | will benefit from avoiding the cost and time expenditures inherent in pursuing simultaneous |
| 21 | litigation in this Court and the Court of Appeals, given that the questions of law at issue in the |
| 22 | appeal are also at issue in this Court; |
| 23 | WHEREAS, the parties agree that good cause exists for the issuance of a stay of the |
| 24 | proceedings pending appeal. |
| 25 | |

NOW, THEREFORE, the parties hereby stipulate and request that the Court order that:

1. Further proceedings in this matter shall be stayed until the Court of Appeals issues its mandate in Plaintiff's appeal of this Court's order denying Plaintiff's motion for preliminary injunction.

2. The deadline for Defendants to file a responsive pleading is extended until 30 days after the Court of Appeals issues its mandate in Plaintiffs' interlocutory appeal in this matter.

3. The case management conference is continued until 90 days after the Court of Appeals issues its mandate in Plaintiff's interlocutory appeal in this matter.

4. All deadlines related to the Case Management Conference are continued accordingly.

Dated: November 8, 2024        FIRST AMENDMENT COALITION

By   */s/ Ann Cappetta*
DAVID LOY
ANN CAPPETTA
Attorneys for Plaintiff
JOSE ANTONIO GARCIA

Dated: November 8, 2024        SHUTE, MIHALY & WEINBERGER LLP

By   */s/ Matthew D. Zinn*
MATTHEW D. ZINN
AARON M. STANTON
Attorneys for Defendants
COUNTY OF ALAMEDA and
YESENIA SANCHEZ

**ATTORNEY'S E-FILING ATTESTATION**

As the attorney e-filing this document, and pursuant to the Local Rules, I hereby attest that counsel for Defendants whose electronic signature appears above has concurred in this filing.

Dated: November 8, 2024

                        FIRST AMENDMENT COALITION

                    By          */s/ Ann Cappetta*
                                DAVID LOY
                                ANN CAPPETTA
                              Attorneys for Plaintiff
                              JOSE ANTONIO GARCIA

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: 11/12/2024

_____
The Hon. Richard Seeborg